**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,   Case No. 24-cr-293 (PJS/DTS)

    Plaintiff,

v.   **ORDER**

Victor Collins (5),

    Defendant.

---

The Government requests a one-week extension of time to file its post-hearing brief as to Defendant Victor Collins. Dkt. No. 566. Collins does not oppose the extension. *Id.*

**IT IS HEREBY ORDERED**:

1. The Government's Motion for an Extension of Time to File Post-Hearing Brief (Dkt. No. 566) is **GRANTED**.

2. The Government shall file its responsive post-hearing brief on or before January 27, 2026.

Dated: January 20, 2026     s/ David T. Schultz
                                                     DAVID T. SCHULTZ
                                                   United States Magistrate Judge